**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TAMI S. FRENCH,

Plaintiff,

vs.

ORDER
CV 01-2180 RHK/SRN

ER SOLUTIONS INC.,
STAN GREGORY, INDIVIDUALLY.
JANE DOE, INDIVIDUALLY,

Defendants.

The court having been advised by counsel that the above case has been settled, the parties needing additional time to finalize a settlement agreement.,

**IT IS ORDERED** that the court will retain jurisdiction over this action for an additional thirty (30) days to permit any party to move to reopen, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 6, 2001

**RICHARD H. KYLE**, Judge
United States District Court

FILED MAR 06 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK