RECEIVED
BY MAIL
MAR 15 2002
CLERK US DIST COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Tami S. French,

Plaintiff,

vs.

ER Solutions, Inc., Jane Doe, individually, and Stan Gregory, individually,

Defendants.

**Court File No.: 01-CV-2180 RHK/SRN**

**STIPULATION OF DISMISSAL**
AND ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: 3/13/02

**THE CONSUMER JUSTICE CENTER, P.A.**

By _______________
Thomas J. Lyons, Jr. (#249646)
Attorneys for Plaintiff
342 East County Road D
Little Canada, MN 55117
651-770-9707

Dated: March 13, 2002

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

By _______________
Christopher R. Morris (License #230613)
Attorneys for Defendants
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

MAR 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 19 200
DEPUTY CLERK

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

Dated: 3/19/02

The Honorable Richard H. Kyle
Judge of United States District Court